## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TERI CLEMENTS, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF BOBBY "ZACK" CLEMENTS, AND JENNIFER CLEMENTS AS NEXT FRIEND OF Z.P.C. AND I.L.C., MINOR CHILDREN <br><br> V. <br><br> CASS COUNTY, TEXAS | § § § § § § § § § § § § CIVIL ACTION NO. 2:15-cv-02105-JRG |

## **FIRST AMENDED DOCKET CONTROL ORDER**

In accordance with the scheduling conference held in this case, it is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| | |
|---|---|
| February 6, 2017 | Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| January 20, 2017 | Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| January 18, 2017 | File Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict |
| January 11, 2017 | File Motions *in Limine* |
| | The parties are ordered to **meet and confer** on their respective motions in limine and **advise the court of any agreements in this regard by 1:00 p.m. three (3) business days before** the pretrial conference. The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s) |

1

| | |
|---|---|
| January 25, 2017 | File Notice of Request for Daily Transcript or Real Time Reporting |
| | If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov |
| January 25, 2017 | Pretrial Objections due |
| January 16, 2017 | Pretrial Disclosures due |
| January 11, 2017 | Response to Dispositive Motions (including *Daubert* Motions).[1] Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e).  Motions for Summary Judgment shall comply with Local Rule CV-56 |
| December 19, 2016 | Deadline for Filing Dispositive Motions and any other motions that may require a hearing: including *Daubert* motions. |
| December 28, 2016 | Defendant to Identify Trial Witnesses |
| December 21, 2016 | Plaintiff to identify Trial Witnesses |
| December 7, 2016 | Defendant to Answer Amended Pleadings |
| January 9, 2017 | Mediation to be completed |
| November 23, 2016 | Amended Pleadings<br>**(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings.  It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein).** |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the court will assume that the party has no opposition."  Local Rule CV-7(e) provides that a party opposing a motion has 14 days, in addition to any added time permitted under Fed. R. Civ. P. 6(e), in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

| Date | Event |
|---|---|
| December 5, 2016 | Discovery deadline |
| November 9, 2016 | Deadline to File Motions to Compel Regarding Discovery Disputes |
| November 30, 2016 | Defendant to designate Expert Witnesses<br>Expert witness report due<br>Refer to Local Rules for required information |
| October 31, 2016 | Plaintiff to Designate Expert Witnesses<br>Expert witness report due<br>Refer to Local Rules for required information |
| October 19, 2016 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| September 14, 2016 | Join Additional Parties |

**So Ordered this**

**Aug 15, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE